IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01906-WYD-KMT

NORRIE ROTHENBERG,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

    THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal With Prejudice.  After a review of the file and the motion, it is hereby

    ORDERED that this action is hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorneys' fees.  It is

    FURTHER ORDERED that all pending motions are DENIED AS MOOT and this case is CLOSED.

    Dated:  November 27, 2012.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE